UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MILLER-EL, *et al.*, | ) | CASE NO. 1:22 CV 686 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE BRIDGET M. BRENNAN |
| v. | ) | |
| | ) | |
| STATE OF OHIO, *et al.*, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |

For the reasons stated in this Court's Memorandum of Opinion, this action is dismissed pursuant to 28 U.S.C. §1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

Date: August 2, 2022

_____
BRIDGET M. BRENNAN
UNITED STATES DISTRICT JUDGE